IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | Case No. 3:19-cr-137 (6) |
| vs. | : | HONORABLE WALTER H. RICE |
| Allen, Lajuan | : | |
| Defendant | : | |

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on March 23, 2020 and amends the following condition:

1. *Participate in a location restriction program and abide by all requirements of the program (home incarceration).*

The amended condition will be ordered as follows:

1. *Participate in a location restriction program and abide by all requirements of the program (curfew).*

All other bond conditions remain in full force and effect.

Date: 09-17-2020

(tp - per Judge Rice authorization after his review)

HONORABLE WALTER H. RICE
UNITED STATES DISTRICT COURT JUDGE